In the Matter of JULAXES T., an Infant. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Appellant; JENNIFER R., Respondent. [934 NYS2d 915]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Smith, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY HILL, Appellant. [934 NYS2d 916]—

Memorandum: On a prior appeal in *People v Hill* (70 AD3d 1487 [2010]), we affirmed the judgment convicting defendant upon a jury verdict of assault in the second degree (Penal Law § 120.05 [2]). The Court of Appeals modified our order and remitted the case to this Court for consideration of the suppression issues raised by defendant but not determined by this Court (*People v Hill*, 17 NY3d 532 [2011]). Defendant contends that Supreme Court erred in refusing to suppress his statements to the police because they were the fruit of the alleged unlawful entry into his apartment. Even assuming, arguendo, that the court erred in refusing to suppress those statements, we conclude that the error is harmless (*see People v Watkins*, 59 AD3d 1128, 1129 [2009], *lv denied* 12 NY3d 922 [2009]; *see generally People v Crimmins*, 36 NY2d 230, 237 [1975]). Present—Centra, J.P., Peradotto, Carni and Gorski, JJ.

■ In the Matter of BENTLEY B. BISBEE, an Attorney, Resignor. [935 NYS2d 267]—Order entered accepting resignation and striking name from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ. (Filed Dec. 9, 2011.)